HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHANE E. ROSENTHAL, ) | Case No:  2:12-cv-00131-GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, August 6, 2012 in which to e-file his Motion for Summary Judgment.  Defendant's response will be due September 5, 2012. This extension is necessitated by the number of cases the firm presently has pending before this and other district courts that require briefing.

BENJAMIN B. WAGNER
United States Attorney

Dated: June 29, 2012                    /s/ARMAND D. ROTH
                                        ARMAND D. ROTH
                                        Special Assistant U.S. Attorney
                                        Social Security Administration
                                        Attorney for the Defendant


Dated: June 29, 2012                    /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        SHANE E. ROSENTHAL


IT IS SO ORDERED.


Dated: July 2, 2012                 /s/ Gregory G. Hollows

                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge

2

STIPULATION AND PROPOSED ORDER

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755