HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHANE E. ROSENTHAL, | Case No: 2:12-cv-00131-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of forty-five (45) days up through and including Thursday, September 20, 2012 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before October 22, 2012.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND PROPOSED ORDER

All deadlines will be extended accordingly.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: August 6, 2012                        /s/ARMAND D. ROTH
                                    ARMAND D. ROTH
                                    Special Assistant U.S. Attorney
                                    Social Security Administration
                                    Attorney for the Defendant

Dated: August 6, 2012                        /s/HARVEY P. SACKETT
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    SHANE E. ROSENTHAL

IT IS SO ORDERED.

Dated: August 8, 2012                        /s/ Gregory G. Hollows

                                    HON. GREGORY G. HOLLOWS
                                    United States Magistrate Judge

2

STIPULATION AND PROPOSED ORDER