HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHANE E. ROSENTHAL, ) | Case No:  2:12-cv-00131-GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of forty-five (45) days up through and including Thursday, September 20, 2012 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before October 22, 2012.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND PROPOSED ORDER

All deadlines will be extended accordingly.

          BENJAMIN B. WAGNER
          United States Attorney

Dated: August 6, 2012          */s/ARMAND D. ROTH*
          ARMAND D. ROTH
          Special Assistant U.S. Attorney
          Social Security Administration
          Attorney for the Defendant

Dated: August 6, 2012          */s/HARVEY P. SACKETT*
          HARVEY P. SACKETT
          Attorney for Plaintiff
          SHANE E. ROSENTHAL

IT IS SO ORDERED.

Dated: August 8, 2012          /s/ Gregory G. Hollows

          HON. GREGORY G. HOLLOWS
          United States Magistrate Judge

STIPULATION AND PROPOSED ORDER