1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8  /jgl

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

13  SHANE E. ROSENTHAL,              )  No.:  2:12-cv-00131-GGH
                                     )
14              Plaintiff,           )
                                     )
15                                   )
    v.                               )
16                                   )  NOTICE AND ORDER OF SUBSTITUTION
                                     )  OF COUNSEL
17  MICHAEL J. ASTRUE,               )
    Commissioner,                    )
18  Social Security Administration,  )
                                     )
19              Defendant.           )
                                     )
20

21      PLEASE TAKE NOTICE SHANE E. ROSENTHAL, Plaintiff in the above-captioned

22  case, hereby substitutes himself in pro per, in the place and stead of HARVEY P. SACKETT.

23

24  Dated:  August 22, 2012          /s/SHANE E. ROSENTHAL
                                      SHANE E. ROSENTHAL
25                                    1602 Santa Clara Street
                                      Vallejo, California 94590
26

27  Dated:  August 27, 2012          /s/HARVEY P. SACKETT
                                      HARVEY P. SACKETT
28

                                     1
NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL

1  IT IS SO ORDERED.

2

3  Dated: September 11, 2012          /s/ Gregory G. Hollows

4                                         _____
                                           HON. GREGORY G. HOLLOWS
5                                          United States Magistrate Judge

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL