IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANE E. ROSENTHAL,

      Plaintiff,                    No. 2:12-cv-0131 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff filed his complaint on January 18, 2012; service was executed upon defendant on February 22, 2012. On May 23, 2012, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by July 12, 2012 (45 days after service of the answer and administrative transcript). Plaintiff has done neither. The court notes, however, that plaintiff was substituted in pro per in place of counsel Harvey Sackett on September 11, 2012, two months after the summary judgment motion was required to be filed. Therefore, plaintiff will not be faulted with the failure of his attorney to file a motion on his behalf during the time he was represented, but will be

granted an extension of time in which to file the motion.

ACCORDINGLY, IT IS ORDERED that: Plaintiff shall file a motion for summary judgment and/or remand within twenty-one days of the filed date of this order.  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed for lack of prosecution.

DATED: October 3, 2012

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE

GGH:076/Rosenthal0131.ord