IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANE E. ROSENTHAL,

     Plaintiff,                    No. 2:12-cv-0131 GGH

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

     Defendant.             <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff filed his complaint on January 18, 2012; service was executed upon defendant on February 22, 2012. On May 23, 2012, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by July 12, 2012 (45 days after service of the answer and administrative transcript). Plaintiff has done neither. The court notes, however, that plaintiff was substituted in pro per in place of counsel Harvey Sackett on September 11, 2012, two months after the summary judgment motion was required to be filed. Therefore, plaintiff was not faulted with the failure of his attorney to file a motion on his behalf during the time he was represented. Rather, plaintiff

1

1 was provided the opportunity to file his summary judgment motion within twenty-one days of the
2 October 3rd, 2012 order.  Plaintiff was warned at that time that failure to file the summary
3 judgment motion would result in dismissal of this action for lack of prosecution.  Despite that
4 warning, because plaintiff is not represented by counsel, he will be given one final opportunity to
5 file his summary judgment motion.

ACCORDINGLY, IT IS ORDERED that:

1.  Plaintiff shall show cause in writing within fourteen (14) days of the filed date of this order why this case should not be dismissed for lack of prosecution.

2.  Plaintiff shall file a motion for summary judgment and/or remand within fourteen (14) days of the filed date of this order.  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed for lack of prosecution.

DATED: November 1, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Rosenthal0131.OSC2-sj.wpd