IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANE E. ROSENTHAL,

      Plaintiff,                    No. 2:12-cv-0131 AC

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                ORDER

_____/

        On October 3, 2012, plaintiff was ordered to file a motion for summary judgment and/or remand within twenty-one days of the order. Dckt. No. 20. Plaintiff was warned that failure to comply with the order would result in dismissal of this action for failure to prosecute. Id. Plaintiff failed to comply with the October 3, 2012 order. On November 1, 2012, the court, noting that plaintiff was not represented by counsel, provided plaintiff one final opportunity to file his motion for summary judgment, which was to be filed within fourteen days of the November 1, 2012 order. Dckt. No. 21. Plaintiff was again warned that failure to comply with the court's order would result in dismissal of this action. Id. The period for compliance has once again run, and plaintiff has not filed a motion for summary judgment.

        Accordingly, it is ORDERED that:

        1. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b),

1  based on plaintiff's failure to prosecute the action and to comply with court orders and Local
2  Rules; and
3          2.  The Clerk is directed to close the case.
4  Dated: December 3, 2012.

_____/s/_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE